NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALLETEX MICROELECTRONICS LTD.,**
*Appellant*

**v.**

**TOSHIBA AMERICA, INC., MSI COMPUTER CORP.,**
*Appellees*

---

2020-1710

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01538.

---

## JUDGMENT

---

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellant.

BRIAN CHRISTOPHER CLAASSEN, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA argued for all appellees. Appellee Toshiba America, Inc. also represented by IRFAN A. LATEEF, DANIEL C. KIANG.

BIJAL V. VAKIL, White & Case LLP, Palo Alto, CA, for

appellee MSI Computer Corp.  Also represented by RYUK PARK; DAVID TENNANT, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, DYK and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 10, 2021          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court